

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-10-00193-CV

## IN RE BAKER'S CAMPGROUND, INC., KELLI GRAVES, AND KOURTNIE GRAVES

————————

## Original Proceeding

## MEMORANDUM OPINION

The petition for mandamus is denied.  TEX. R. APP. P. 52.8(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed May 26, 2010
[OT06]